

# INVOICE
## Lead Safe Mama, LLC

7933 SE 15th Avenue
Portland, Oregon 97202 •USA
TamaraRubin@mac.com
www.LeadSafeMama.com
www.TamaraRubin.com

Invoice Number: 2023041401
Invoice Date: April 17, 2023 - Monday
Invoice Due Date: Upon Receipt
Invoice Category: Website Advertising Sponsorship

**$90,000.00**
Amount Due

### BILL TO

Name: Eric Ritter, Owner (Advertiser)
Company Name: Scitus / Spirochaete Research Labs, LLC
Address: 690 rte 25a, suite 3
City, State, Zip: East Setauket, New York, 11733
E!-mail: EricCarlRitter@gmail.com
Phone: 1-631-461-1838

| # | Items & Description | QTY/HRS | PRICE! | Amounts ($) |
|---|---|---|---|---|
| 1 | Year of Header Banner Advertising on LeadSafeMama.com / TamaraRubin.com | 12 mos | $90,000.00 | $90,000.00 |

*Correction: LeadSafeMama.com*

- One year of advertising on LeadSafeLlama.com / TamaraRubin.com, in the header banner spot (directly under the Lead Safe Mama logo in mobile mode & at the top of every page of the website) for 12 consecutive full calendar months.
- Rate is based on 9,000,000 anticipated / projected annual page views on the site for the 2023 calendar year.
- Basis for the annual rate is one penny per page view/ one penny per advertising impression.
- Rate includes linking advertising banner to page or site of choice for Advertiser & design of banner (to be a design that is mutually acceptable for Advertiser and Lead Safe Mama, LLC and consistent with the appearance of the Lead Safe Mama website.)
- Rate is fixed with the terms / conditions/ exceptions below.
- Start date of 12-month period to be determined.

### Terms & Conditions

1. With payment of this invoice, Advertiser is locking in the rate of $90,000 for a 12-month period as long as that 12-month period starts no later than March 1, 2024.
2. Advertising placement is contingent on Advertiser's product meeting or exceeding Lead Safe Mama, LLC's standards for comparable products (using the efficacy and known current limitations of the 3M LeadCheck® product as a benchmark for paint testing.)
3. Should Advertiser not be in a position to start the Ad placement on or before March 1, 2024 the 12-month advertising rate will be adjusted to reflect current anticipated / projected page views for that calendar year at that time (at one penny per page view) and the $90,000 paid with this invoice will be used as a credit against the current rate at the time of the start date or any start date after MARCH 1, 2024 (with the difference in annual rate due and payable at that time to begin advertising).
4. Any other advertisements in the header spot on the Lead Safe Mama website will be temporary placements until Advertiser exercises this option or chooses to not go ahead with this opportunity

*Correction: Lead Safe Mama* and requests a refund.

5. If and when the new product Advertiser has in the prototyping phase (glowing reactive agent product approval for production and if, at that time it meets Lead Safe Mama, LLC's standards for use by consumers to test for Lead - as discussed to date between the parties), Tamara Rubin (and Lead Safe Llama, LLC) agree to grant Advertiser and his company(s) the exclusive right to advertise this type of product on Leadsafemama.com/Tamararubin.com (specifically agreeing that Lead Safe Mama, LLC will not engage promotion of a comparable product other than the Advertisers for a period of 3 years).

*Correction: Advertiser's*

### Refund Agreement

Should, at any time on or after November 1, 2023, Advertiser determine their product is not going to meet condition #2 above, Lead Safe Mama, LLC will refund the $90,000 paid with this invoice, at a rate of $10,000 per month (without interest) until the $90,000 is repaid in full. The first $10,000 payment will be made 30 days after written notice is given that the product will not meet this condition.

**Payment Method** Payment should be made to Lead Safe Mama, LLC via Zelle or Wire Transfer:

Zelle I Linked to Account: 503-702-2708
Bank of America Business Checking Account for Lead Safe Mama, LLC
AccountNumber: 485014448985
Routing Number: 026009593

**TOTAL   $90,000.00 USO**

*signature*
Tamara Rubin
Friday 4/21/2023

*signature*
Eric Ritter
4/21/2023