# JOHANNESEN & JOHANNESEN, P.L.L.C.

### ATTORNEYS AT LAW
### 544 BUSINESS ROUTE 25A
### ROCKY POINT, NEW YORK 11778
### TELEPHONE: 631-821-6234
### FACSIMILE: 631-821-6171
### R.JOHANNESEN@JOHANNESENLAW.COM
### *SERVICE BY FACSIMILE NOT ACCEPTED*

ANNMARIE R. JOHANNESEN
RICHARD JOHANNESEN

**Tamara Rubin**
**7933 SE 15ᵗʰ Avenue**
**Porland, Or 97202**

June 6, 2024

**Re: Formal Demand for Repayment**

Dear Ms. Rubin,

We represent Eric Ritter and Spirochaete Research Labs LLC in connection with your financial and business agreements. This letter serves as a formal demand for repayment based on the agreement and communications between you and Mr. Ritter.

On March 16, 2024, you acknowledged via email that Mr. Ritter sent you $149,500. You further acknowledged that at least $112,500 of this amount has not been repaid, either directly or through marketing services. In addition to this amount, Mr. Ritter demands $2,500 for the unused portion of a video payment and $4,500 for the unused portion of the banner ad payment, for a total of $119,500.

Mr. Ritter demands that repayment commence on July 5, 2024, with an initial payment to be agreed upon based on the outstanding amount of $119,500. Please provide a proposed repayment schedule by June 20, 2024. If we do not receive your response by this date, we will proceed with filing suit to recover the outstanding amount.

To formalize the repayment structure and resolve this matter promptly, please contact me directly at 631-821-6234 or R.Johannesen@Johannesenlaw.com. We are willing to discuss alternative payment methods or structures if necessary.

Your prompt attention to this matter is required to avoid further legal action.

Sincerely,

Johannesen & Johannesen, PLLC
By: Richard Johannesen

cc: Eric Ritter, President