

**Baruch S. Gottesman**
Attorney and Counselor at Law

April 15, 2026

**<u>Via ECF</u>**
The Hon. Magistrate Judge Arlene R. Lindsay
United States District Court for the
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

> Re:   Plaintiff's Request to Recess the Initial Rule 26(f)
> Report and the Initial Conference
> <u>in Ritter  v.  Rubin, Case No. 26-cv-414 (E.D.N.Y.)</u>

To the Honorable Judge Lindsay:

I represent the Plaintiff in the matter of *Ritter v. Rubin*, Case No. 26-cv-414 (E.D.N.Y.).

Because of a glitch in the issuance and service of the Summons (which has now been addressed) the Defendants have not yet been served and they have not appeared.  For that reason, we respectfully request that the Honorable Court's Order on February 13, 2026 for a Rule 26(f) Report due today, and an initial conference next month be recessed until at least May 15 (for the Rule 26(f) conference) and June 1, 2026 (for the Initial Management Conference).

This is the first request for relief in this matter.

On behalf of my client and myself, we want to thank the Honorable Court for its careful attention to this case.

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

*Served via ECF*