United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**2:26-CV-02461(LGD)**

1) indicated that this case is related to the following case(s):

2:26-cv-00414(ARL)