**ADWAR** IVKO

Armando Llorens
Email: *armando@adwarivko.com*

June 3, 2026

**VIA ECF**

Honorable Arlen R. Lindsey
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

Re:     Ritter v. Rubin et al 26-cv-414– Request for Extension of Time To Respond to
        Complaint

Dear Judge Lindsey:

We represent Defendants in the above referenced action.

We seek an extension of time to answer or otherwise respond to the Complaint on this duplicative action. We were counsel for Defendants in their previously filed and dismissed action 25-cv-2124 which mirrors this action. Plaintiffs never sought reconsideration or took appeal on the decision dismissing the previous action.

Plaintiff never communicated with the undersigned despite knowing we represented Defendants. We are aware that attempts to serve process have occurred in Oregon but do not believe such service of process has been achieved.

Nonetheless, and in an abundance of caution, the undersigned seeks an extension of thirty (30) days, to expire on July 3, 2026, for Defendants to answer or otherwise respond to the Complaint.

The undersigned has not had the opportunity to seek the consent of the Plaintiff to this request and thus we do not know the Plainitff's position on this request..

We thank the Court for its attentions to his matter.

**New York City:** 515 Madison Avenue, Suite 6W , New York, New York, 10022 | Tel: +1(212) 725-1818
**Rockland County:** 2 Executive Blvd Suite 410, Suffern, New York 10901 | Tel +1 (845) 353-1818

**www.adwarivko.com**

ADWAR IVKO

2

Respectfully submitted,
ADWAR IVKO, LLC

/Armando Llorens/
ARMANDO LLORENS for the Firm
*armando@adwarivko.com*

c: Plaintiff's counsel,(via ecf)